1048

[No. 33920-3-III.   Division Three.   August 18, 2016.]

JOSEPH L. JONES, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-2-50169-3, Bruce A. Spanner, J., entered November 6, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.

[No. 72869-5-I.   Division One.   August 22, 2016.]

DONALD CANFIELD, *Appellant*, v. MICHELLE CLARK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-44040-9, Samuel Chung, J., entered November 21, 2014. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ. Now published at 196 Wn. App. 191.

[No. 73100-9-I.   Division One.   August 22, 2016.]

JOSEPH R. ELENBAAS ET AL., *Appellants*, v. BANNER BANK, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 14-2-01964-1, Ira Uhrig, J., entered December 5, 2014. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Dwyer, J.

[No. 73521-7-I.   Division One.   August 22, 2016.]

CHRISTOPHER YOUNG, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-32002-9, Monica J. Benton, J., entered May 11, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Schindler, JJ.